UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR GARFIO RUBIO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI HERLONG,<br><br>Respondent. | No. 2:23-cv-00983-WBS-CKD<br><br><br><br>ORDER |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 15, 2023, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 15, 2023, are adopted in full.

2. Petitioner's application for a writ of habeas corpus is summarily dismissed as

1  duplicative.

2      3. The $5.00 filing fee paid for this action is directed to be returned to petitioner. A copy

3  of this order shall be served on the Finance Unit.

4      4. The Clerk of Court is directed to close this case.

5  Dated: September 25, 2023

6  WILLIAM B. SHUBB

7  UNITED STATES DISTRICT JUDGE

14  12/rubi0983.800.hc.d

2